UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID BRILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:17-cv-510-SEB-MPB |
| | ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: 12/22/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution Electronically to Registered Counsel of Record.

32225811.1